UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Criminal No. 5:08-CR-221-BO
Civil No. 5:11-CV-302-BO

| | |
|---|---|
| JESSE CLEO BAZEMORE )<br>　　Petitioner, )<br>　　　　　　　　　　　　)<br>v. 　　　　　　　　　　 )<br>　　　　　　　　　　　　)<br>UNITED STATES OF AMERICA, )<br>　　Respondent. 　　　　 ) | O R D E R |

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED.

This the 17 day of June , 2011.

　　　　　　　　　　　　　　　　Terrence W. Boyle
　　　　　　　　　　　　　　　　United States District Judge